<u>Exhibit "3"</u>
<u>Stipulation of Dismissal</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TRANSIT INSURANCE COMPANY,<br><br>                                               Plaintiff,<br><br>-against-<br><br>MEDICAL SUPPLY DEPOT GROUP CORP, ET AL.,<br><br>                                               Defendants. | 22-CV-5344<br>(LDH)(SJB)<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1. Any and all claims and defenses by and between American Transit Insurance Company ("Plaintiff"), on the one hand, and Medical Supply Depot Group Corp and Nikolay Malinin ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. Plaintiff and Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

Dated: New York, New York
       November  30 , 2022

| | |
|---|---|
| **MORRISON MAHONEY LLP** | **ROTTENBERG LIPMAN RICH, P.C.** |
| By: /s/ Lee Pinzow | By: /Mitchell Epner |
| Robert A. Stern, Esq.<br>James A. McKenney, Esq.<br>Lee Pinzow, Esq.<br>Wall Street Plaza<br>88 Pine Street, Suite 1900<br>New York, New York 10005<br>*Counsel for Plaintiff American Transit Insurance Company* | Mitchell Ethan Epner , Esq.<br>230 Park Avenue<br>New York, New York 10169<br>*Counsel for Defendants Medical Supply Depot Group Corp and Nikolay Malinin* |

1

**SO ORDERED**

_____
LaShann DeArcy Hall, U.S.D.J.

Dated:_____, 2022