UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TRANSIT INSURANCE COMPANY, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> MEDICAL SUPPLY DEPOT GROUP CORP, ET AL., <br><br> Defendants. | 22-cv-5344 (LDH)(SJB) <br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff American Transit Insurance Company and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants John Does 1 through 5 and ABC Corporations 1 through 5.

Dated: November 30, 2022
       New York, New York

Respectfully submitted,

**MORRISON MAHONEY LLP**

By:   /s/ Lee Pinzow         
    Robert A. Stern, Esq.
    James A. McKenney, Esq.
    Lee Pinzow, Esq.
    *Counsel for Plaintiff*
    Wall Street Plaza
    88 Pine Street, Suite 1900
    New York, New York 10005